# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT EDWARD BERRY,
ADC #160002                                                                              PLAINTIFF

V.                                4:16CV00268-SWW-JTK

ABRAHAM CARPENTER, et al.                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, to re-file after exhaustion of his available remedies.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

4. All pending Motions are DENIED without prejudice as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 14th day of June, 2016.

                                                                          /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE