**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT EDWARD BERRY,
ADC #160002                                                                                    PLAINTIFF

V.                                              4:16CV00268-SWW-JTK

ABRAHAM CARPENTER, et al.                                                       DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of June, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE